Case 5:23-cv-03194-JWL Document 1/5 Filed 08/14/23 Page 1 of 3

FROM: Jeffrey J. Grimes Reg. No. 15951-084
United States Penitentiary, Leavenworth
P.O. Box 1000
Leavenworth, Kansas 66048

7 Aug. 2023

FILED
U.S. District Court
District of Kansas

AUG 14 2023

Clerk, U.S. District Court
By_____ Deputy Clerk

United States District Court
District of Kansas

Case No. 23-3194-JWL

Jeffrey J. Grimes
Reg No 15951-084 - Plaintiff

√

Warden Hudson
U.S.P. Leavenworth - Respondent

) Motion Under 2241 Requesting
) Medical Emergency Hearing
) or To have Plaintiff
) Transfered to a medical
) facility.
)
)
)

Now Comes, Jeffrey J. Grimes, in pro-se persons
and as a indigent Filer Requesting that this
honorable court give plaintiff an EMERGENCY
hearing because of plaintiff's medical conditions
and the following Reasons;

(1) Plaintiffs Medical conditions are a
badly torn M.C.L., Colon Cancer, Hernia an
C.O.P.D. Asthma.

(2) When Plaintiff arrived at U.S.P. Leaven-
worth on 7 June 2023 Plaintiff was restricted to
a wheelchair with a Medical duty Status that
put Plaintiff in the wheelchair until 3-23-2024
if surgery has taken place.

PAGE 1 of 2

(3) ON 7-7-2023 Dr. Jason Clark after Physical Therapist Mr. Winter that morning told Plaintiff he was leaving inmate Plaintiff in wheelchair and recommending a medical facility for Plaintiff, Dr Clark took the wheelchair and gave Plaintiff a walker so Plaintiff has to hop on legged on walker.

(4) Plaintiff hasn't been able to go to chow hall and Eat on shower since 7-7-2023

(5) Plaintiff only gets meals on lock-downs.

(6) Plaintiff hoping around the unit is causing the Hernia bubble on his belly button is getting Larger and more painfull.

(7) Plus many more medical conditions because of Plaintiff falling a lot with walker

Therefore Plaintiff prays this court will have an emergency hearing and get Plaintiff transfered to a medical facility.

Respectfully Submitted

Jeffery J. Grimes

PAGE 2of 2

# Certificate of Service

I hereby certify that the following document (motion) will be delivered by means of United States Postal service to the Clerk of the United States District Court, Kansas City, Kansas.

8-7-2023
Date

_(signature)_
Signature

Clerk Please; send copies to All parties involved. And notify the court that Mr Grimes is a very sick person and hasn't eaten a real meal in 32 days today and hasn't showered in 32 days Also. Thank you