Jeffrey J. Grimes
(Name)

1595/-084
(Institution Register No.)

P.O. Box 1000, U.S.P. Leavenworth, KS 66048
(Current Mailing Address)

FILED

SEP 08 2023

Clerk, U.S. District Court
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Jeffrey J. Grimes , Plaintiff
(Full and Correct Name) Reg. No. 15951-084

vs.

Warden, Hudson
A/w and all Y/w Complex Staff , Defendants

CASE NO. 23-3194-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 28 U.S.C. 1331

### A. JURISDICTION

1) Jeffrey J. Grimes , is a resident of Homeless (Truck driver)
   (Plaintiff)                        (State of residency prior to
                                       incarceration)

who presently located at United States Penitentiary, Leavenworth, KS. 66048 P.O. Box 1000
                          (Mailing address or place of confinement.)

2) Defendant Warden Hudson U.S.P. Leavenworth KS is a resident of
            (Name of first defendant)

Unknown , and is employed as
(City, State)

Warden U.S.P. Leavenworth, Leavenworth, KS, , and may be
(Position and title, if any)

located at P.O. Box 1000, Leavenworth Kansas . At the time the claim(s) alleged
            (Address for service of process)

in this complaint arose, was this defendant acting under the color of state law? Yes ☐ No ☒

If your answer is "Yes", briefly explain: _____

_____

1

XE-2 (F)          CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

3) Defendant _A/W Complex And All employees (secretarys)_ is a resident of
(Name of first defendant)

_____, and is employed as
(City, state)

_Assistant Wardens / Wardens Sec & A/W's Sec's,_, and may be located at
(Position and title, if any)

_U.S.P. Leavenworth, Kansas 66048    P.O. Box 1000_. At the time the
(Address for service of process)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes ☐  No ☒. If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction

under different or additional statuses, you may list them below.)

_N/A_

_____

## B.  NATURE OF THE CASE

1) Briefly state the background of your case:

_Medical mishaps - lying by staff (medical) medical misconduct Taking without surgery wheelchair and know Plaintiff is falling over the top off given walker, when Inmates Tried to help Plaintiff they we told "Get away and don't look and don't look." Kept me in my cell with no food or Showers for 6 weeks, Now since 29th of Aug 2023 won't give me no food or Shower or no yard or Law Library to work this case. They refusing me Law Library Knowing I can not move up And down stairs and am keep being harassed with a hernia Having The possibility of killing me if hernia explodes. Taking wheelchair and giving it back._

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the

United States and that the following facts form the basis for my allegations: (If necessary

you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to

list additional supporting facts.)

A) (1) Count I: _Medical CARE, Lying about not going to Therapy. Then said Therapist said take wheelchair when Therapist told Plaintiff "I'm Keeping you in that chair and sending you to a Medical Facility." with witnesses_ Lying about getting medical care

(2) Supporting Facts: (Include all facts you consider important, including names of

persons involved, places and dates. Describe exactly how each defendant is involved.

State the facts clearly in your own words without citing legal authority or argument.):

_Medical Duty Status that was done by Dr Archer on 3-23-2023 an 3 1/2 months later chair taken without having a doctors examining (Orthopedic Surgeon)_

B) (1) Count II: _Pain an causing, more pain hoping around with a walker that keeps throwing me over its front and bruising up my arms and legs._

(2) Supporting Facts: _Several witnesses have seen me fall and bruise and cut Plaintiffs' arms, body, and legs. No allowed to take pictures of injuries,_

C) (1) Count III: _Denying Plaintiff access to the law Library_

3

Saying Plaintiff can walk to Education and up and down the Steps. Know Plaintiff cannot climb steps,

(2) Supporting Facts: Witnesses to the fact that everything Plaintiff is alleging, being Treated unlawfully and possibility could cause the Plaintiff death. Cruel and unjust punishment, Medical Misconduct

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

Yes ☐ No ☒ . If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

    Plaintiffs: _____N/A_____

    Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____N/A_____

    d) Issues raised _____N/A_____

    e) Approximate date of filing lawsuit _____

    f) Approximate date of disposition _____

XE-2 (F)          CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

## E. ADMINISTRATIVE RELIEF

1) Have you presented all grounds for relief raised in this complaint by way of BP-9, BP-10, and BP-11 grievances? Yes ☐ No ☐.

2) If your answer to (1) is "Yes", state the date of disposition, result and reasons given for the administrative decision _N/A_

3) If your answer to (1) is "No", list each ground not fully presented through the administrative grievance process and explain why it was not _N/A_

4) Describe all other procedures you have used (such as tort claim or Parole Commission administrative appeals procedures) to exhaust administrative remedies as to each issue raised. _N/A_

## F. REQUEST FOR RELIEF

5) I believe that I am entitled to the following relief:

AN MEDICAL EMERGERy hearing to get Plaintiff To A Medical facility to take care of Colon Cancer Hernia And Right Knee Before Something Bad Happens And Plaintiff Loses his life.

_____    _____
Signature of Attorney (if any)                Signature of Petitioner

_____

_____

_____
(Attorney's full address and telephone number)

XE-2 (F)          CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

5

exhibit (1)                                                     org copy

LVN-1330.16
3/02/2009
Attachment A

## Administrative Remedy - Informal Resolution
### Leavenworth, Kansas

Inmate's Name: _Jeffrey T. Grimes_ Reg. No. _15951-084_ Unit: _B-Lower_ Date: _7-11-2028_

NOTICE:    You are advised that prior to filing a Request for Administrative Remedy (BP-9), you MUST attempt to informally resolve your complaint through your counselor. Please follow the three (3) steps listed below.

1.    State your specific complaint: _On 6-8-2023 At lunchtime meal HSA. Viccan Told me. I seen your Duty status And I don't know how you got here. But we have no excessability for a wheelchair and we is transfering you out to a medical facility. Then on 7-3-23 I spoke to the warden and he told me to keep pressuring Health Services to transfer me. Then on 7-7-2023 I went to pill-line and the clerk took my wheelchair and watch me fall twice on the sidewalk trying to help a one legged man in a walker that has no wheels. I've fell over six times and crawled to the chow hall, shower and upstairs to my unit team offices. I can't get to the law library_

2.    State what efforts you have made to informally resolve your complaint: _On 7-9-23 it gave me a chair to go eat supper and shower with and pill line nurses took it on 7-10-23. I can't even take or pick up my laundry. I've E-mailed HSA. Viscon several times over the past month and he does not answer_

3.    State what resolution you request: _That I'm transfered to a medical facility like physical therapist Mr. Winters told me on 7-7-23 he was recommending. Along with staying in my chair until after surgery. I'm stuck in my cell and can't go no where. please help. This is retaliation for not trying to send me for proper medical care._

   Inmate's Signature: _[signature]_                Date: _7-11-2023_

4.    Correctional Counselor's Comments (Steps to Resolve): Per your medical records, you refused physical therapy exam and treatment. Your medical providers have discussed this with you, given appropriate treatment recommendations and explained why a wheelchair is not indicated.   N. Jones, AHSA  [signature]  AHSA  7-19-23

   Counselor's Signature: _[signature]_                 Date: _7-19-23_

   Unit Manager's Review: _____  Date: _____

             Unit Manager didn't sign

| | Received by Counselor from inmate | Attempted informal with inmate by Counselor | BP-9 given to inmate | BP-9 Delivered to Admin. Remedy Clerk |
|---|---|---|---|---|
| Date | 7-13-23 | 7-19-23 | 7-19-23 | 7-19-23 |
| Time | 10 am | 1 P. | E-Rush I/PM | E-Rush I/PM |
| Counselor | RC | RC | RC Worden | RC Worden |

"I've missed No physical Therapy, And have never Talked to a medical Provider As of from 6-7-2023 And up to 9-1-2023." I don't know who my providers is?

Certificate of Services

I hereby certify that on the below sign date
I mailed both document to the Office of the
Clerk 444 SE Quincy, Room 490, Topeka, Kansas
66683 by means of the United States Postal Service.

8-30-2023
Date

Signature

Clerk Please: Mail Copies to All parties Involved,
And Filed copy back to Plaintiff.