JEFFREY J. Grimes Reg No 15951-084
(Name)

United States Penitentiary Leavenworth
(Institution Register No.)

P.O. Box 1000, Leavenworth, Ks. 66048
(Current Mailing Address)

**FILED**

NOV 01 2023

Clerk, U.S. District Court
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Jeffrey J. Grimes , Plaintiff
(Full and Correct Name)

vs.

Warden Hudson, A/W's
Health Service Admin. , Defendants

CASE NO. _____23-3194-JWL_____
(To be supplied by the Clerk)

Un proper medical care
cruel and unjust punishment
**AMENDED**

CIVIL RIGHTS COMPLAINT
PURSUANT TO 28 U.S.C. 1331

### A. JURISDICTION

1) _____Jeffrey J. Grimes_____ , is a resident of _____Michigan_____
        (Plaintiff)                                    (State of residency prior to
                                                        incarceration)

who presently located at U.S.P. Leavenworth P.O. Box 1000, Leavenworth, Ks. 66048
                          (Mailing address or place of confinement.)

2) Defendant _____Warden Hudson_____ is a resident of
              (Name of first defendant)

_____Leavenworth, Kansas_____ , and is employed as
          (City, State)

_____Warden U.S.P. Leavenworth_____ , and may be
          (Position and title, if any)

located at P.O. Box 1000 Leavenworth, Ks. 66048 At the time the claim(s) alleged
          (Address for service of process)

in this complaint arose, was this defendant acting under the color of state law? Yes ☐ No ☒

If your answer is "Yes", briefly explain: _____

_____

1

XE-2 (F)          CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

3) Defendant _Health Service Administrator Mr Viscon_ is a resident of
(Name of first defendant)

_Leavenworth, Kansas 66048_ , and is employed as
(City, state)

_Health Service Administrator_ , and may be located at
(Position and title, if any)

_P.O. Box 1000 Leavenworth, KS. 66048_ . At the time the
(Address for service of process)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☐ No ☒ . If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction

under different or additional statuses, you may list them below.)

_____

_____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

_2015 July 8th I was working at Federal Correctional Facility when I/m Grimes fell and tore his M.C.L. then again May of 2016 I/m Grimes fell again an tore the MCL of Right Knee again but worst. I/m Grimes has seen 4 orthopedic Surgeons and had several M.R.I's showing the tear of the M.C.L. and giving I/m Grimes a medical duty status of No prolong standing, no climbing, no bending at waist and more with equipment of Wheelchair and a cane for cell. Health Service Dr changed when P.T. Winters told Mr Grimes in front of witness he was recommending a medical facility and I/m Grimes stay in wheelchair. That was 3-7-23_

C.  CAUSE OF ACTION

1)  I allege that my claims arise under the following constitutional provisions or laws of the

United States and that the following facts form the basis for my allegations: (If necessary

you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to

list additional supporting facts.) Because of un truths being told.

A) (1) Count I: Wheelchair was taken on 7-7-23 given back
with Medical status on 8-18-23 to use for chow and Pill line
then taken back without Surgery on 9-29-23 knowing
Plaintiff can't get to pill line nor to meals with walker
on cruches

(2) Supporting Facts: (Include all facts you consider important, including names of

persons involved, places and dates. Describe exactly how each defendant is involved.

State the facts clearly in your own words without citing legal authority or argument.):

While at psychical Therapy I/m James will's witnessed I/m Grimes
walking out of P.T. shooting hoops with Therapist Winters
And being told he recommended Medical Facility and stay
In wheelchair until Surgery is complete

B)  (1) Count II: That in an Answer to BP-8 informal Resolution
I was said I/m Grimes didn't go to Psycial therapy and
Refused to P.T. When Actually he was the first person there.

(2) Supporting Facts: 9 people were on the list for therapy
on 7-7-23 And can all witness my being there
And everything explained in this document is
true, that I/m grimes did go And participated in P.T.

C) (1) Count III: Assit. Health Service Administrator Jones

3

Told I/m Grimes He wasn't going to a medical facility because he thought he need to be treated at a medical facility, 7-6-23

(2) Supporting Facts: I/m Grimes told A.H.S.A. Jones that Warden Hudson told him in front of Jeffrey Manlan O49 that Warden Hudson told I/m Grimes to get on medical about get him to a medical facility, A.H.S.A. Jones got upset about and told grimes "We'll see about that"

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

Yes ☐ No ☒ . If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: ___N/A___

   Defendants: ___N/A___

   b) Name of court and docket number ___N/A___

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

   d) Issues raised ___N/A___

   e) Approximate date of filing lawsuit ___N/A___

   f) Approximate date of disposition ___N/A___

XE-2 (F)              CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

E.  ADMINISTRATIVE RELIEF

1)  Have you presented all grounds for relief raised in this complaint by way of BP-9,

BP-10, and BP-11 grievances? Yes ☒ No ☐ .

2)  If your answer to (1) is "Yes", state the date of disposition, result and reasons given

for the administrative decision _Still in the process and has_

_not been answered by Regional Office properly_
_Sept 2023_

3)  If your answer to (1) is "No", list each ground not fully presented through the

administrative grievance process and explain why it was not _American_

_Disability Association_

4)  Describe all other procedures you have used (such as tort claim or Parole

Commission administrative appeals procedures) to exhaust administrative remedies as

to each issue raised. _Have not filed tort claim yet_

_because of not eating or medication Plaintiff_
_is Requesting immeditate Hearing!_

F.  REQUEST FOR RELIEF

5)  I believe that I am entitled to the following relief:

_punitive damages cruel and unjust punishment_
_transfered to A Medical facility immeditatly to_
_take care of all medical issues_

_#15951-084_

_____          _____
Signature of Attorney (if any)                          Signature of Petitioner

_____

_____

(Attorney's full address and telephone number)

5

XE-2 (F)          CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

# Certificate of Service

I Jeffrey T. Grimes hereby certify that these documents Are being delivered to the Office of the Clerk United States Courthouse District Court by means of United States Postal Service on the date signed below.

10-18-23
DATE

Signature

Clerk Please: Mail Copies to All parties involved